**Laura Schwartz, appellee, v. Garden City Wrecking Company, appellant. Gen. No. 28,835.**

Trespass. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed and cause remanded. Opinion filed October 30, 1924.

Adams, Follansbee, Hawley & Shorey, for appellant; Clyde E. Shorey and Lloyd M. Bowden, of counsel. Jeffery, Campbell & Clark and Will J. Bell, for appellee; Stephen A. Cross, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Joe Jankauskis, appellee, v. Joe Bauza, appellant. Gen. No. 28,858.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Joseph A. Ambrosius, for appellant; Joseph A. Peppets, of counsel. Edwin A. Halligan and Stanley W. Banes, for appellee; Edwin A. Halligan, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**H. J. Carney, trading as H. J. Carney & Company, appellee, v. Barney Rubin, trading as International Talking Machine Company. Charles Cohns, garnishee, appellant. Gen. No. 28,870.**

Action for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed October 30, 1924.

Charles L. Cohns, for appellant. Kamfner & Halligan, for appellee; Edwin A. Halligan, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Gordon A. Ramsay, administrator of the estate of Wojciech Wojdyla, deceased, appellee, v. Chicago Railways Company et al., trading as Chicago Surface Lines, appellants. Gen. No. 28,887.**

Action for death by wrongful act. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed with a finding of fact. Opinion filed October 30, 1924.

Brown, Fox & Blumberg, for appellants; John R. Guilliams, Charles LeRoy Brown, John E. Kehoe and Frank L. Kriete, of counsel. Binkley & Mooney, for appellee.

Mr. Justice Thomson delivered the opinion of the court.